**No. 60551.**—Samuel Shapiro & Co., Inc. *v.* United States, protest 291308–K (Baltimore).

Opinion by LAWRENCE, J. There being nothing before the court tending in any way to overcome the presumption of correctness attaching to the classification by the collector, the protest was overruled.

**No. 60552.**—Glensder Textile Corp. et al. *v.* United States, protests 278697–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of articles of wearing apparel in chief value of silk similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiffs was sustained.